UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANEL INC.,

        Plaintiff(s),                       No. C 12-4428 PJH

      v.                                 **ORDER OF REFERENCE**
                                            **TO MAGISTRATE JUDGE**

ZHANG YANG,

        Defendant(s).
_____/

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment.

      The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

      **IT IS SO ORDERED**.

Dated: March 13, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge