UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANEL INC,

        Plaintiff,

   v.

ZHANG YANG DOING BUSINESS AS THE DOMAIN NAME,

        Defendant.
_____/

No. C-12-04428 PJH (DMR)

**ORDER REGARDING SUPPLEMENTAL INFORMATION AND CONTINUING HEARING DATE ON MOTION FOR DEFAULT**

    Notice is hereby given that the hearing on Plaintiff's Motion for Default Judgment, previously set for May 9, 2013, has been continued to **June 13, 2013 at 11:00 a.m.** Further, having reviewed Plaintiffs' Motion for Default Judgment (Docket No. 40), the court hereby orders Plaintiff to submit supplemental evidence and information in support of the Motion as follows, by no later than May 10, 2013: facts and legal argument establishing that service of the summons and complaint on Defendant via publication was a proper method of service under Federal Rule of Civil Procedure 4(f)(2)(A).

    Immediately upon receipt of this Order, Plaintiff shall serve a copy of this Order on Defendant and shall file a proof of service on the same day that service is effected. At the same time Plaintiff's supplemental information as ordered herein is submitted to the court, Plaintiff shall serve Defendant with a copy of the additional supplemental information and file a

1  proof of service with the court.

3      IT IS SO ORDERED.

5  Dated: April 22, 2013

                                      DONNA M. RYU
                                      United States Magistrate Judge

**United States District Court**
For the Northern District of California

2