UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANEL INC.,

    Plaintiff,

    v.

ZHANG YANG, et al.,

    Defendants.
_____/

No. C 12-4428 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Ryu's Report and Recommendation Re: Plaintiffs' Motion for Default Judgment, filed in this case on August 13, 2013. Defendant did not file an objection within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's motion for default judgment is GRANTED. Judgment will be entered in favor of plaintiff in the amount of $105,000 in statutory damages and $350 in costs, as well as postjudgment interest. Additionally, the court enters a permanent injunction as set forth in the separate judgment.

Plaintiff shall serve a copy of this order (along with the accompanying judgment) upon defendant and file a proof of service with the court by **October 25, 2013**.

**IT IS SO ORDERED.**

Dated: October 21, 2013

                                PHYLLIS J. HAMILTON
                                United States District Judge